1  BLOOD HURST & O'REARDON, LLP
   TIMOTHY G. BLOOD (149343)
2  THOMAS J. O'REARDON II (247952)
   PAULA R. BROWN (254142)
3  501 West Broadway, Suite 1490
   San Diego, CA  92101
4  Tel: 619/338-1100
   619/338-1101 (fax)
5  tblood@bholaw.com
   toreardon@bholaw.com
6  pbrown@bholaw.com

7  BARNOW AND ASSOCIATES, P.C.
   BEN BARNOW
8  ERICH P. SCHORK
   JEFFREY D. BLAKE
9  ANTHONY L. PARKHILL
   One North LaSalle Street, Suite 4600
10 Chicago, IL  60602
   Tel: 312/621/2000
11 312/641-5504 (fax)
   b.barnow@barnowlaw.com
12 e.schork@barnowlaw.com
   j.blake@barnowlaw.com
13 aparkhill@barnowlaw.com

14 Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA IRON WING and RYAN MCGRATH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:18-cv-02122<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

Case No. 3:18-cv-02122
CERTIFICATION OF INTERESTED ENTITIES

00134089

1    Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves known by the party to have either: (i) have a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of this proceeding:

    1.    Plaintiff Joshua Iron Wing.

    2.    Plaintiff Ryan McGrath

    3.    All persons whose non-public Facebook data was communicated by Facebook to a third party using Facebook's Friends Data Scrape Feature at any time up to the date notice is provided to the class.

    4.    Defendant Facebook, Inc.

Respectfully submitted,

Dated: April 6, 2018

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA M. ROACH (254142)

By:       s/ Timothy G. Blood
         TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com

BARNOW AND ASSOCIATES, P.C.
BEN BARNOW
ERICH P. SCHORK
JEFFREY D. BLAKE
ANTHONY L. PARKHILL
One North LaSalle Street, Suite 4600
Chicago, IL  60602
Tel: 312/621/2000
312/641-5504 (fax)
b.barnow@barnowlaw.com
e.schork@barnowlaw.com
j.blake@barnowlaw.com
aparkhill@barnowlaw.com

*Attorneys for Plaintiffs*