Orin Snyder (*pro hac vice* application forthcoming)
   osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: 212.351.4000
Fax: 212.351.4035

Joshua S. Lipshutz (SBN: 242557)
   jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8217
Fax: 202.530.9614

Kristin A. Linsley (SBN: 154148)
   klinsley@gibsondunn.com
Brian M. Lutz (SBN: 255976)
   blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel: 415.393.8379
Fax: 415.374.8474

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA IRON WING and RYAN MCGRATH, individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br><br>     v.<br><br>FACEBOOK, INC.,<br><br>                     Defendants. | CASE NO. 3:18-CV-02122<br>**SAN FRANCISCO DIVISION**<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(A))**<br><br>Magistrate Judge Joseph C. Spero |

Pursuant to Civil Local Rule 6-1(a), Defendant Facebook, Inc. and Plaintiffs Joshua Iron Wing and Ryan McGrath hereby stipulate to extend the deadline for Defendant Facebook, Inc. to answer or otherwise respond to Plaintiffs' Complaint (Dkt. No. 1) to June 30, 2018. This extension will not alter the date of any event or deadline fixed by any Court order, and the parties reserve the right to seek further Court orders advancing or extending these deadlines.

### Local Rule 5-1(i)(3) Attestation

I, Joshua S. Lipshutz, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: April 13, 2018

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ *Joshua S. Lipshutz*
      Joshua S. Lipshutz

*Attorneys for Defendant Facebook, Inc.*

DATED: April 13, 2018

BARNOW AND ASSOCIATES, P.C.
BLOOD HURST & O'REARDON, LLP

By:   /s/ *Timothy G. Blood*
      Timothy G. Blood

*Attorneys for Plaintiffs Joshua Iron Wing and Ryan McGrath*

## CERTIFICATE OF SERVICE

I, Priyah Kaul, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State.

I hereby certify that on April 13, 2018, the foregoing **STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(A))** was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

DATED: April 13, 2018                    By: _____
                                                Priyah Kaul