UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA IRON WING, et al., | Case No. 18-cv-02122-HSG |
| Plaintiffs, | **SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| v. | |
| FACEBOOK, INC., | |
| Defendant. | |

In accordance with Civil Local Rule 3-12(c), the Court refers this case to the Honorable Vince Chhabria, to determine whether it is related to Price v. Facebook, Inc. et al, Case No. 3:18-cv-01732-VC.

**IT IS SO ORDERED.**

Dated: 4/19/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge