Orin Snyder (*pro hac vice pending*)
    osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Joshua S. Lipshutz (SBN 242557)
    jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Brian M. Lutz (SBN 255976)
    blutz@gibsondunn.com
Kristin A. Linsley (SBN 154148)
    klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA IRON WING and RYAN MCGRATH, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC.<br><br>            Defendant. | CASE NO. 3:18-CV-02122-VC<br>**SAN FRANCISCO DIVISION**<br><br>**CONSENT MOTION**<br><br>**DEFENDANT FACEBOOK, INC.'S RE-NOTICE OF HEARING ON MOTION TO STAY**<br><br>Hearing Date: May 24, 2018<br>Time: 10:00 a.m.<br>Location: Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San Francisco, California |

(*additional captions below*)

| | |
|---|---|
| TAYLOR PICHA, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA<br><br>        Defendants. | CASE NO. 3:18-CV-02090-VC<br>**SAN FRANCISCO DIVISION** |
| CHRISTINA LABAJO, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA<br><br>        Defendants. | CASE NO. 3:18-CV-02093-VC<br>**SAN FRANCISCO DIVISION** |
| SANFORD BUCKLES, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.<br><br>        Defendant. | CASE NO. 3:18-CV-02189-VC<br>**SAN FRANCISCO DIVISION** |

| | |
|---|---|
| LUCY GERENA, on behalf of herself and all others similarly situated,<br><br>   Plaintiff<br><br> v.<br><br>FACEBOOK, INC.<br><br>   Defendant | CASE NO. 3:18-CV-02201-VC<br>**SAN FRANCISCO DIVISION**<br><br>**CONSENT MOTION** |
| PATRICIA KING, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA LLC<br><br>   Defendants. | CASE NO. 3:18-CV-02276-VC<br>**SAN FRANCISCO DIVISION**<br><br>**CONSENT MOTION** |

# RE-NOTICE OF MOTION

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on May 24, 2018 at 10:00 a.m. in the United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, California, Courtroom 4, before the Honorable Vince Chhabria, Defendant Facebook, Inc. ("Facebook") will and hereby does move the Court for an order staying all proceedings in the above-captioned actions until a decision from the Judicial Panel on Multidistrict Litigation ("JPML") on the Motion to Consolidate and Transfer filed in MDL No. 2843—without prejudice to Plaintiffs' ability to seek interim relief from the Court if necessary, and without prejudice to Facebook or any other defendant opposing such relief—at which point the parties can meet and confer regarding deadlines to respond to plaintiffs' complaints. At the time Facebook filed its Motion to Stay Plaintiffs *Gerena*, *Iron Wing*, and *King*, consented to a stay. While the motion has been pending Plaintiff *Buckles* has stipulated to stay proceedings and deadlines in this case until a decision from the JPML on the Motion to Consolidate and Transfer filed in MDL No. 2843 and Plaintiff *Picha* has stipulated to extend time for Facebook to respond to the complaint until a decision is reached on the MDL. Plaintiff *Labajo* has not provided a position on the Motion to Stay.

Facebook's Motion to Stay is based upon its earlier filed Notice of Motion and Motion; its Memorandum of Points and Authorities; this Re-Notice of Motion, the papers on file in this case; and oral argument that may be heard by the Court; and any other matters that the Court deems appropriate.

| | |
|---|---|
| Dated: May 3, 2018 | Respectfully submitted, |
| | **GIBSON, DUNN & CRUTCHER, LLP** |
| | By: */s/ Joshua S. Lipshutz* <br> Joshua S. Lipshutz (SBN 242557) <br> jlipshutz@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1050 Connecticut Avenue, N.W. <br> Washington, DC 20036-5306 <br> Telephone: 202.955.8500 <br> Facsimile: 202.467.0539 |
| | Orin Snyder (*pro hac vice pending*) <br> osnyder@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Avenue <br> New York, NY 10166-0193 <br> Telephone: 212.351.4000 <br> Facsimile: 212.351.4035 |
| | Kristin A. Linsley (SBN 154148) <br> klinsley@gibsondunn.com <br> Brian M. Lutz (SBN 255976) <br> blutz@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 555 Mission Street, Suite 3000 <br> San Francisco, CA 94105-0921 <br> Telephone: 415.393.8200 <br> Facsimile: 415.393.8306 |
| | *Attorneys for Defendant Facebook, Inc.* |