Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Joshua Iron Wing and Ryan McGrath )
                                  )   Case No: 3:18-cv-02122
              Plaintiff(s),       )
                                  )   **APPLICATION FOR**
      v.                          )   **ADMISSION OF ATTORNEY**
                                  )   **PRO HAC VICE**
Facebook, Inc.                    )   (CIVIL LOCAL RULE 11-3)
                                  )
              Defendant(s).       )

   I, Erich P. Schork, an active member in good standing of the bar of the State of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Iron Wing and McGrath in the above-entitled action. My local co-counsel in this case is Timothy G. Blood, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Barnow and Associates, P.C., 1 N. LaSalle St., Ste. 4600, Chicago, IL 60602 | Blood Hurst & O'Reardon LLP, 501 W. Broadway, Ste. 1490, San Diego, CA 92101 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 621-2000 | (619) 338-1100 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| e.schork@barnowlaw.com | tblood@bholaw.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6291153.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct*.

   Dated: 04/12/18                          Erich P. Schork
                                              APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of Erich P. Schork is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 21, 2018

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
4/12/2018

Re: Erich Paul Schork
Attorney No. 6291153

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Erich Paul Schork was admitted to practice law in Illinois on 11/28/2006; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar