1
2
3
4
5

**BARNOW AND ASSOCIATES, P.C.**
Erich P. Schork
205 W. Randolph St., Suite 1630
Chicago, Illinois 60606
Telephone: 312-621-2000
*e.schork@barnowlaw.com*

*Counsel for Plaintiffs Joshua Iron Wing and Ryan McGrath*

6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

8
9
10
11
12
13

| JOSHUA IRON WING and RYAN MCGRATH, individually and on behalf of all others similarly situated, | Case No. 3:18-cv-2122-VC |
| --- | --- |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| FACEBOOK, INC. | Hon. Vince Chhabria |
| Defendant. | |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF WITHDRAWAL OF COUNSEL                                          No. 3:18-cv-2122-CV

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  **PLEASE TAKE NOTICE** that after April 9, 2021, Erich P. Schork will no longer be associated with the law firm of Barnow and Associates, P.C., and hereby withdraws his appearance on behalf of Plaintiffs Joshua Iron Wing and Ryan McGrath in the above-captioned matter. Mr. Schork respectfully requests that his name be removed from the Court's and the parties' respective service lists. Plaintiffs Iron Wing and McGrath will continue to be represented by Ben Barnow of Barnow and Associates, P.C., as well as other plaintiff's counsel of record in this matter.

Respectfully submitted,

DATED: April 9, 2021

*s/ Erich P. Schork*
Erich P. Schork

**BARNOW AND ASSOCIATES, P.C.**
Erich P. Schork
205 W. Randolph St.
Suite 1630
Chicago, Illinois 60606
Telephone: 312-621-2000
*e.schork@barnowlaw.com*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

*/s/ Erich P. Schork*
Erich P. Schork